ARTHUR R. BASTINE, Respondent, v. WEBSTER B. MABIE,
                     Appellant.

*Bastine v. Mabie*, 172 App. Div. 954, affirmed.
(Submitted October 24, 1918; decided November 12, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered February 24, 1916, *unanimously* affirming a
judgment in favor of plaintiff entered upon a decision
of the court on trial at Special Term. Prior to the
commencement of this action the partnership between
the parties had been dissolved by mutual consent and
an account rendered. This account took into considera-
tion each and every item of the partnership business,
except certain specified moneys alleged to have been
received by the defendant. Thereafter this action was
brought for an accounting of the partnership business
and for judgment against the defendant for any sums
received by him and not accounted for. The defendant
in his answer set forth as special defenses: *First*, that an
account had been rendered between the parties, and
*second*, that this action would only involve one item and
that the plaintiff had an adequate remedy at law.

*Omri F. Hibbard, Nathan I. Sachs, Matthew Swerling*
and *J. Bradley Tanner* for appellant.

*Carlisle Norwood* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-
BACK and HOGAN, JJ. Not sitting: McLAUGHLIN, J.
Absent: CRANE, J. _____